UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| EUGENE SCALIA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>      Petitioner,<br><br>    v.<br><br>SPEAK LIFE WORSHIP CENTER, INC.,<br>d/b/a DANCING WITH THE STARS KIDDIE<br>COLLEGE,<br><br>      Respondent. | FILE NO.<br><br>1:20-00002-JB-N |

**PETITIONER'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

  Petitioner Eugene Scalia, the Secretary of Labor, United States Department of Labor ("the Secretary"), hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and asks the Court to close this matter.

  Respectfully submitted this 24th day of June 2020.

ADDRESS:

Office of the Solicitor
U.S. Department of Labor
61 Forsyth Street, S.W.
Room 7T10
Atlanta, GA 30303

Telephone:
(678) 237-0620 (Direct)
(404) 302-5438 (Facsimile)
Ellis.cameron.w@dol.gov
Atlanta Docket
Atl.fedcourt@dol.gov

KATE S. O'SCANNLAIN
Solicitor of Labor

TREMELLE I. HOWARD
Regional Solicitor

ROBERT L. WALTER
Counsel

By:/s/Cameron W. Ellis
  CAMERON W. ELLIS
  Trial Attorney

Attorneys for the Secretary
of Labor, United States
Department of Labor.

SOL Case No. 20-00311